# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE REINSTATEMENT OF ZACHARY B. COUGHLIN, BAR NO. 9473. | No. 69723 |

FILED

NOV 10 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING REINSTATEMENT

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation that this court deny attorney Zachary Coughlin's petition for reinstatement from disability inactive status. Coughlin was transferred to disability inactive status in 2015 and has since filed a petition for reinstatement.

Having considered the record before this court, we conclude that Coughlin has failed to meet his burden of demonstrating by clear and convincing evidence that he is fit to resume the practice of law.[1] *See* SCR 117(4) (requiring an attorney to demonstrate "by clear and convincing

---

[1]While Coughlin argued that the hearing panel lacked jurisdiction to consider the State Bar's motion for reconsideration, we conclude that the hearing panel had jurisdiction because NRCP and NRAP apply to these proceedings, *see generally* SCR 119(3), and such a motion would have tolled the time for the State Bar to forward the record in this matter to this court, *see generally AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining that NRCP 59 motions and motions for reconsideration generally toll the time for filing an appeal); NRAP 4(a)(4).

16-35217

evidence that the attorney's disability has been removed and that he or she is fit to resume the practice of law"). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc:   Zachary Barker Coughlin
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Chair, Northern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada